**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 15, 2014

Mr. Steven Joel Fishman
Mr. David Allen Malinowski
Mr. Donald H. Scharg
Bodman
201 W. Big Beaver Road, Suite 500
Troy, MI 48084

Mr. William Arthur Pfeifer
Isackson, Wallace & Pfeifer
114 S. Second Avenue
Alpena, MI 49707

Mr. Stephen Silverman
U.S. Department of Labor
200 Constitution Avenue, N.W., N-4611
Washington, DC 20210

> Re: Case No. 13-1604, *Brian Sexton v. Panel Processing, Inc., et al*
> Originating Case No. : 1:12-cv-10946

Dear Counsel,

    Enclosed are corrected pages from the decision originally sent to you on May 9, 2014. Also enclosed is a copy of the corrected opinion.

                        Yours very truly,

                        Deborah S. Hunt, Clerk

                        Cathryn Lovely
                        Deputy Clerk

cc: Mr. David J. Weaver

Enclosures