## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 06, 2014

Mr. David J. Weaver
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

    Re: Case No. 13-1604, *Brian Sexton v. Panel Processing, Inc., et al*
      Originating Case No. : 1:12-cv-10946

Dear Clerk:

 Enclosed is a copy of the mandate filed in this case.

            Sincerely yours,

            s/Robin L. Johnson
            Case Manager
            Direct Dial No. 513-564-7039

cc: Mr. Steven Joel Fishman
   Mr. David Allen Malinowski
   Mr. William Arthur Pfeifer
   Mr. Donald H. Scharg
   Mr. Stephen Silverman

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 13-1604
_____

Filed: June 06, 2014

BRIAN SEXTON

      Plaintiff - Appellant

v.

PANEL PROCESSING, INC.; PANEL PROCESSING OF COLDWATER, INC.

      Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 05/09/2014 the mandate for this case hereby issues today.

COSTS:  None